UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Brenda Hickman
Plaintiff(s),

v.

Trust deed Investment

Defendant(s).
_____/

No. C08-3686JL

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(1)  One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

**XX**  (2)  One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for , at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated:

Richard W. Wieking, Clerk
United States District Court

By: Wings Hom
Deputy Clerk

reassig1.DCT                                    1