```
 1  Michael E. Stone, Esq. SBN: 46016
    Leo B. Siegel, State Bar No. 116841
 2  LAW OFFICE OF MICHAEL E. STONE
    3425 S. Bascom Avenue, Suite I
 3  Campbell, California 95008
    408/377-9899 Telephone
 4  408/377-5270 Facsimile
    Email: mikeestone@yahoo.com
 5         K9esq@flash.net

 6  Attorneys for Plaintiffs, BRENDA HICKMAN
    and BETTY HENRY
 7
```

FILED
08 AUG -1 PM 2:47

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV 08    3686

| | |
|---|---|
| BRENDA HICKMAN and BETTY HENRY, | CASE NO. |
| Plaintiffs, | CERTIFICATE RE NOTICE OF EX PARTE APPLICATION |
| vs. | |
| TRUST DEED INVESTMENTS, INC., a California corporation; PHILIP B. GOLDSTEIN; THE HASKELL PROPERTIES; NIKOS GLIMIDAKIS; et al., | |
| Defendants. | |

I, Leo B. Siegel, declare as follows:

1. I am an attorney at law, licensed to practice in the State of California. I am one of the attorneys for the plaintiffs in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called as a witness.

2. This action concerns a loan transaction, including and based upon a deed of trust that contains provisions violating the Truth In Lending Act (TILA), and other consumer statutes. The deed of trust was originated by Defendant Trust Deed Investments, Inc., and its principal officer,

---
1
CERTIFICATE RE NOTICE OF EX PARTE APPLICATION

Defendant Philip Goldstein. Defendants assigned fractional interests in the deed of trust to various other individuals, entities and trusts who are necessarily listed as defendants in this action.

3. On August 1, 2008, at 9:00 a.m., I notified Dennis H. Doss, attorney for Defendant Philip B. Goldstein, President of Trust Deed Investments, Inc., as well as Mr. Goldstein, individually and on behalf of all of the beneficiaries of the subject deed of trust, that I would be appearing ex parte on Monday, August 4, 2008, at 9:00 a.m. before the assigned judge in this case to present an Ex Parte Application for a Temporary Restraining Order and an Order to Show Cause re Preliminary Injunction. I advised the Defendant and his counsel that the Temporary Restraining Order is needed to enjoin a foreclosure of my clients' property in San Francisco, California that they have expressed and intent to proceed with on the following day, Tuesday, August 5, 2008, unless they were willing to stipulate to a postponement of the trustee's sale.

4. Email notification of the ex parte appearance was required and appropriate because Mr. Doss, Defendant Goldstein's attorney, has failed to return the numerous attempts from my co-worker, Michael E. Stone, Esq., the main attorney for plaintiffs, over the last several days. The notice of this appearance was emailed to Mr. Doss at dennis@dosslaw.com, and to Mr. Goldstein at philgoldstein@pacbell.net.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 1, 2008, at Campbell, California.

_____
LEO B. SIEGEL