1  Michael E. Stone, Esq. SBN: 46016
   Leo B. Siegel, State Bar No. 116841
2  LAW OFFICE OF MICHAEL E. STONE
   3425 S. Bascom Avenue, Suite I
3  Campbell, California 95008
   408/377-9899 Telephone
4  408/377-5270 Facsimile
   Email: mikeestone@yahoo.com
5         K9esq@flash.net

6  Attorneys for Plaintiffs, BRENDA HICKMAN
   and BETTY HENRY
7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

                         CV 08          3686
11

12 BRENDA HICKMAN and BETTY HENRY,        CASE NO.

13         Plaintiffs,                    ~~PROPOSED~~ ORDER TO SHOW
                                          CAUSE RE PRELIMINARY
14     vs.                                INJUNCTION AND TEMPORARY
                                          RESTRAINING ORDER
15 TRUST DEED INVESTMENTS, INC.,
   a California corporation; PHILIP B. GOLDSTEIN;
16 THE HASKELL PROPERTIES; JEROME M.
   BOSCOE; NIKOS GLIMIDAKIS; et al.,
17
           Defendants.
18 _____/

19

20
        Upon considering the Motion and Memorandum of Points and Authorities In Support
21
   submitted by plaintiffs, the accompanying declarations, and any opposition submitted thereto, and it
22
   appearing to the satisfaction of the Court that this is a proper case for issuance of an order to show
23
   cause and temporary restraining order, and that, unless the temporary restraining order is granted as
24
   requested, immediate and irreparable loss, damage or injury will result to plaintiffs before the matter
25
   can be heard on notice,
26
        IT IS HEREBY ORDERED that the above-named defendants, and each of them, appear in
27
   Courtroom __1__ of this Court, located at 450 Golden Gate Avenue, San Francisco, California, on
28

───────────────────────────────────────
                          1
[PROPOSED] ORDER TO SHOW CAUSE RE PRELIMINARY JUNCTION AND TEMPORARY
                    RESTRAINING ORDER

1 _____August 4_____, 2008 at _2:00 p.m._, or as soon thereafter as the matter may be heard,
2 then and there to show cause, if any they have, why they, and each of them, and their agents,
3 employees, successors, attorneys and all persons in active concert and participation with them, should
4 not be enjoined and restrained during the pendency of this action from engaging in, committing or
5 performing, directly or indirectly, selling or attempting to sell or causing to be sold that real property
6 commonly known as 473 Hill Street, San Francisco, California, either under a power of sale contained
7 in a deed of trust or by a judicial foreclosure action.

8       IT IS FURTHER ORDERED that, pending the hearing and determination of the order to show
9 cause, the above-named defendants, and each of them, and their agents, employees, successors,
10 attorneys and all persons in active concert and participation with them, shall be, and they hereby are,
11 enjoined and restrained from engaging in, committing or performing, directly or indirectly, selling
12 or attempting to sell or causing to be sold that real property commonly known as 473 Hill Street, San
13 Francisco, California, either under a power of sale contained in a deed of trust or by judicial
14 foreclosure action.

15 Dated: August __1__, 2008

17 _____
    JUDGE, UNITED STATES
    DISTRICT

IT IS SO ORDERED
Judge Samuel Conti

2

[PROPOSED] ORDER TO SHOW CAUSE RE PRELIMINARY JUNCTION AND TEMPORARY
RESTRAINING ORDER