UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

 C-08-3686         SAMUEL CONTI              DATE 8/4/08
Case Number         Judge

Title: BRENDA HICKMAN, et al.    vs TRUST DEED INVESTMENTS, INC., et al.

Attorneys: LEO SIEGEL              PHILIP GOLDSTEIN - pro se

Deputy Clerk: T. De Martini    Court Reporter: Jim Yeomans

Court   Pltf's   Deft's
(XXX)   (   )    (   )   1. Order to Show Cause re TRO - GRANTED

(   )   (   )    (   )   2._____

(   )   (   )    (   )   3._____

(   )   (   )    (   )   4._____

(   )   (   )    (   )   5._____

(   )Motion(s): (   )Granted (   )Denied (   )Withdrawn

(   )Granted/Denied (   )Off Calendar (   )Submitted

Order to be Prepared by:(xxx)Pltf (   )Deft (   )Court

Discovery Cutoff:_____Pretrial Statements Due_____

Case Continued to_____for Pretrial Conference

Case Continued to_____for Court/Jury Trial

Case Continued to_____for Further Status Conference

Case Continued to 9/5/08 @ 10:00 AM    for Plaintiff's Motion for
                                           Preliminary Injunction

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____Answer_____Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING: Plaintiff to prepare and hand deliver to

chambers tomorrow morning at 10:00 a.m. the Temporary Restraining

Order