Michael E. Stone, Esq. SBN: 46016
Leo B. Siegel, State Bar No. 116841
LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Avenue, Suite I
Campbell, California 95008
408/377-9899 Telephone
408/377-5270 Facsimile
Email: mikeestone@yahoo.com
K9esq@flash.net

Attorneys for Plaintiffs, BRENDA HICKMAN
and BETTY HENRY

FILED

AUG - 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVSION

| | |
|---|---|
| BRENDA HICKMAN and BETTY HENRY,<br><br>  Plaintiffs,<br><br>vs.<br><br>TRUST DEED INVESTMENTS, INC.,<br>a California corporation; PHILIP B. GOLDSTEIN;<br>THE HASKELL PROPERTIES; JEROME M.<br>BOSCOE; NIKOS GLIMIDAKIS, ET AL.<br><br>  Defendants.<br>_____/ | CASE NO. CV 08 3686 SC<br><br>Date: September 5, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1<br>Judge: Hon. Samuel Conti<br><br>[PROPOSED] ORDER TO SHOW<br>CAUSE RE PRELIMINARY<br>INJUNCTION AND TEMPORARY<br>RESTRAINING ORDER |

On August 4, 2008, at 2:00 p.m., upon considering the Ex Parte Application of the Plaintiffs in the above-captioned matter, the Plaintiffs' Motion and Memorandum of Points and Authorities, and the accompanying Declarations submitted in support, and the parties' oral argument submitted at that time of the hearing, and it appearing to the satisfaction of the Court that this is a proper case for issuance of an order to show cause and temporary restraining order, and that unless the temporary restraining order is granted as requested, immediate and irreparable loss, damage or injury will result to Plaintiffs before a full hearing can be held, and in order for the Defendants to be provided an opportunity to present a written opposition to the motion,

IT IS HEREBY ORDERED that the above-captioned matter is continued to September 5, 2008, and that the above-named Defendants, and each of them, appear in Courtroom __1__ of this

1  Court, located at 450 Golden Gate Avenue, San Francisco, California, on September 5, 2008 at
2  10:00 A.M., or as soon thereafter as the matter may be heard, then and there to show cause, if any
3  they have, why they, and each of them, and their agents, employees, successors, attorneys and all
4  persons in active concert and participation with them, should not be enjoined and restrained during
5  the pendency of this action from engaging in, committing or performing, directly or indirectly, selling
6  or attempting to sell or causing to be sold that real property commonly known as 473 Hill Street, San
7  Francisco, California, either under a power of sale contained in a deed of trust or by a judicial
8  foreclosure action.

9      IT IS FURTHER ORDERED that, pending the hearing and determination of the order to show
10 cause, the above-named defendants, and each of them, and their agents, employees, successors,
11 attorneys and all persons in active concert and participation with them, shall be, and they hereby are,
12 enjoined and restrained from engaging in, committing or performing, directly or indirectly, selling
13 or attempting to sell or causing to be sold that real property commonly known as 473 Hill Street, San
14 Francisco, California, either under a power of sale contained in a deed of trust or by judicial
15 foreclosure action.

16     IT IS FURTHER ORDERED that, any Opposition to the Order to Show Cause be filed and
17 served on the Plaintiffs on or before _August 21_, 2008, and that any Reply be served
18 on the Defendants on or before _August 29_, 2008.
19 Dated: August _5_, 2008

21                 JUDGE OF THE UNITED STATES
                  DISTRICT COURT