1 Michael E. Stone, Esq. SBN: 46016
Leo B. Siegel, State Bar No. 116841
2 LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Avenue, Suite I
3 Campbell, California 95008
408/377-9899 Telephone
4 408/377-5270 Facsimile
Email: mikeestone@yahoo.com
5     K9esq@flash.net

6 Attorneys for Plaintiffs, BRENDA HICKMAN
and BETTY HENRY

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 BRENDA HICKMAN and BETTY HENRY,        CASE NO. C-08-3686 SC

13        Plaintiffs,                     CERTIFICATE OF SERVICE

14    vs.

15 TRUST DEED INVESTMENTS, INC.,
a California corporation; PHILIP B. GOLDSTEIN;
16 THE HASKELL PROPERTIES; JEROME M.
BOSCOE; NIKOS GLIMIDAKIS; et al.,

17
       Defendants.
18 _____/

19 CERTIFICATE OF SERVICE

20
I, the undersigned, declare that I am employed in the County of Santa Clara. I am over 18 years and
21
not a party to the within entitled action. My business address is 3425 South Bascom Avenue, Suite
22
I, Campbell, California 95008. On August 5, 2008, I served the within:
23
ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER
24
    by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the
25  United States Mail at Campbell, California, to all parties entitled to receive regularly mailed
    notices, addressed as follows:
26
Philip B. Goldstein
27 Trust Deed Investments, Inc.
1255 Post St. #496
28 San Francisco, CA 94109

---
1
CERTIFICATE OF SERVICE

1
2
3  Dennis H. Doss, Esq.
4  Doss Law
   2020 Main Street, Suite 950
5  Irvine, CA 92614-8231
6
       Said pleading was also served by electronic filing pursuant to local rule on the
7  following:
8  dennis@dosslaw.com
9  philgoldstein@pacbell.bet
10
11
12                                          *Tracy Duarte* (signature)
13                                          TRACY DUARTE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

2

CERTIFICATE OF SERVICE