Michael E. Stone, Esq. SBN: 46016
Leo B. Siegel, State Bar No. 116841
LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Avenue, Suite I
Campbell, California 95008
408/377-9899 Telephone
408/377-5270 Facsimile
Email: mikeestone@yahoo.com
         K9esq@flash.net

Attorneys for Plaintiffs, BRENDA HICKMAN
and BETTY HENRY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDA HICKMAN and BETTY HENRY, | CASE NO. C-08-3686 SC |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | |
| TRUST DEED INVESTMENTS, INC., a California corporation; PHILIP B. GOLDSTEIN; THE HASKELL PROPERTIES; JEROME M. BOSCOE; NIKOS GLIMIDAKIS; et al., | |
| Defendants. | |

CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of Santa Clara. I am over 18 years and not a party to the within entitled action. My business address is 3425 South Bascom Avenue, Suite I, Campbell, California 95008. On August 5, 2008, I served the within:

**COMPLAINT
CIVIL COVER SHEET
SUMMONS
CERTIFICATE RE NOTICE OF EX PARTE APPLICATION
DECLARATION OF BRENDA HICKMAN IN SUPPORT OF A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION
MOTION AND MEMO IN SUPPORT OF A TRO
PROPOSED ORDER
ADR SCHEDULING ORDER**

1

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
|1| **EMAIL** | **By transmitting via email based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.** |

Dennis H. Doss, Esq.  dennis@dosslaw.com
Philip B. Goldstein     philgolstein@pacbell.net

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 5, 2008

/s/ Tracy Duarte
TRACY DUARTE