1  Michael E. Stone, Esq. SBN: 46016
   Leo B. Siegel, State Bar No. 116841
2  LAW OFFICE OF MICHAEL E. STONE
   3425 S. Bascom Avenue, Suite I
3  Campbell, California 95008
   408/377-9899 Telephone
4  408/377-5270 Facsimile
   Email: mikeestone@yahoo.com
5        K9esq@flash.net

6  Attorneys for Plaintiffs, BRENDA HICKMAN
   and BETTY HENRY
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  BRENDA HICKMAN and BETTY HENRY,        CASE NO.  C-08-3686 SC

13          Plaintiffs,                    CERTIFICATE OF SERVICE

14      vs.

15  TRUST DEED INVESTMENTS, INC.,
    a California corporation; PHILIP B. GOLDSTEIN;
16  THE HASKELL PROPERTIES; JEROME M.
    BOSCOE; NIKOS GLIMIDAKIS; et al.,
17
            Defendants.
18  _____/

19  CERTIFICATE OF SERVICE

20
    I, the undersigned, declare that I am employed in the County of Santa Clara.  I am over 18 years and
21
    not a party to the within entitled action.  My business address is 3425 South Bascom Avenue, Suite
22
    I, Campbell, California 95008.  On August 4, 2008, I served the within:
23
    **COMPLAINT**
24  **CIVIL COVER SHEET**
    **SUMMONS**
25  **CERTIFICATE RE NOTICE OF EX PARTE APPLICATION**
    **DECLARATION OF BRENDA HICKMAN IN SUPPORT OF A TEMPORARY RESTRAINING ORDER AND**
26  **A PRELIMINARY INJUNCTION**
    **MOTION AND MEMO IN SUPPORT OF A TRO**
27  **PROPOSED ORDER**

28

                                    1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FEDERAL EXPRESS        By placing the documents listed above in FEDERAL EXPRESS drop box facility located closest to my office in Campbell, California, in a sealed FEDERAL EXPRESS envelope, for 5:15 p.m. pickup and overnight delivery.  The FEDERAL EXPRESS request form was completed in a matter so that postage was prepaid, and contained instructions requesting delivery by not later than 10:30 a.m. the following business day, to the person(s) at the address(es) set forth below.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 5, 2008

/s/ Tracy Duarte
TRACY DUARTE

CERTIFICATE OF SERVICE