1  Michael E. Stone, Esq. SBN: 46016
   Leo B. Siegel, State Bar No. 116841
2  LAW OFFICE OF MICHAEL E. STONE
   3425 S. Bascom Avenue, Suite I
3  Campbell, California 95008
   408/377-9899 Telephone
4  408/377-5270 Facsimile
   Email: mikeestone@yahoo.com
5         K9esq@flash.net

6  Attorneys for Plaintiffs, BRENDA HICKMAN
   and BETTY HENRY
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 BRENDA HICKMAN and BETTY HENRY,         CASE NO.  C-08-3686 SC

13         Plaintiffs,                     CERTIFICATE OF SERVICE

14     vs.

15 TRUST DEED INVESTMENTS, INC.,
   a California corporation; PHILIP B. GOLDSTEIN;
16 THE HASKELL PROPERTIES; JEROME M.
   BOSCOE; NIKOS GLIMIDAKIS; et al.,
17
           Defendants.
18 _____/

19 CERTIFICATE OF SERVICE

20
   I, the undersigned, declare that I am employed in the County of Santa Clara.  I am over 18 years and
21
   not a party to the within entitled action.  My business address is 3425 South Bascom Avenue, Suite
22
   I, Campbell, California 95008.  On August 1, 2008, I served the within:
23
   **COMPLAINT**
24 **CIVIL COVER SHEET**
   **SUMMONS**
25 **CERTIFICATE RE NOTICE OF EX PARTE APPLICATION**
   **DECLARATION OF BRENDA HICKMAN IN SUPPORT OF A TEMPORARY RESTRAINING ORDER AND**
26 **A PRELIMINARY INJUNCTION**
   **MOTION AND MEMO IN SUPPORT OF A TRO**
27 **PROPOSED ORDER**

28

                                    1
                         CERTIFICATE OF SERVICE

**FEDERAL EXPRESS    By placing the documents listed above in FEDERAL EXPRESS drop box facility located closest to my office in Campbell, California, in a sealed FEDERAL EXPRESS envelope, for 5:15 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a matter so that postage was prepaid, and contained instructions requesting delivery by not later than 10:30 a.m. the following business day, to the person(s) at the address(es) set forth below.**

Philip B. Goldstein

Trust Deed Investments

1255 Post St. #496

San Francisco, CA 94109

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 1, 2008

                                         /s/ Leo B. Siegel
                                         LEO B. SIEGEL, ESQ.