1  MARK J. ROMEO (Bar # 112002)
   LAW OFFICES OF MARK J. ROMEO
2  130 Sutter Street, 7th Floor
   San Francisco, CA 94104
3  Telephone:  (415) 395-9315
   Facsimile:      (415) 395-9318
4  *romeolaw@msn.com*

5  Attorneys for Defendants
   TRUST DEED INVESTMENTS, INC. and
6  PHILIP B. GOLDSTEIN

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11

12 BRENDA HICKMAN and BETTY HENRY,  )   No. CV 08-3686 SC
                                    )
       Plaintiffs,                  )   **STIPULATION FOR**
13                                  )   **CONTINUANCE OF HEARING**
                                    )   **ON APPLICATION FOR**
14 TRUST DEED INVESTMENT, INC., a   )   **PRELIMINARY INJUNCTION**
   California corporation; PHILIP B.)   **and RESPONSE THERETO**
15 GOLDSTEIN; THE HASKELL           )
   PROPERTIES; JEROME M. BOSCOE;    )
16 NIKOS GLIMIDAKIS; PENSCO TRUST   )
   COMPANY, CUSTODIAN FBO JERRY     )
17 ANGEL IRA;  PENSCO TRUST;        )
   COMPANY, CUSTODIAN FBO BARBARA   )
18 SULLIVAN IRA; STERLING TRUST     )
   COMPANY, CUSTODIAN FBO GLEN      )
19 SHAPIRO, ACCOUNT #095011; BARRY  )
   BERKOWITZ; DAVID N. RICHMAN M.D. )
20 401-K PROFIT SHARING PLAN; JOHN  )
   DELLAR AND JOBYNA DELLAR         )
21 REVOCABLE TRUST; ROSLYN COHN;    )
   PATTI ENGLANDER; THE GILL 1995   )
22 TRUST; STERLING TRUST COMPANY    )
   CUSTODIAN FBO VICKI W. SHAPIRO,  )
23 ACCOUNT # 095114;                )
                                    )
24     Defendants.                  )
                                    )
25 _____

26       Plaintiffs BRENDA HICKMAN and BETTY HENRY ("Plaintiffs"), and Defendants

27 TRUST DEED INVESTMENTS, INC. and PHILIP B. GOLDSTEIN, by and through their

28 respective undersigned counsel, hereby stipulate as follows:

1        WHEREAS this action was filed on August 1, 2008 and thereafter served upon the
2   above named defendants; and
3        WHEREAS on August 4, 2008, the court held a hearing on plaintiffs' application for a
4   temporary restraining order; and
5        WHEREAS on August 5, 2008, the court entered a Temporary Restraining Order and
6   set a further hearing on preliminary injunction for September 5, 2008 with defendants'
7   opposition due August 21, 2008; and
8        WHEREAS the parties have been in discussions to resolve the matter by settlement and
9   limit the expenditure of fees, costs and judicial resources;
10  IT IS HEREBY STIPULATED:
11  1.   That the final hearing on the Motion for Preliminary Injunction in this case be continued
12  from the present date of September 5, 2008, 10:00 a.m., to September 19, 2008, 10:00 a.m.
13  2.   That defendants' opposition shall be filed and served not later than September 5, 2008.
14  3.   That plaintiff's reply, if any, shall be filed and served not later than September 12, 2008.
15  4.   That the Temporary Restraining Order shall remain in effect to the date of the hearing,
16       subject to any further court order extending it.

                                            LAW OFFICE OF MICHAEL E. STONE

Dated:  August 20, 2008          /s/ Michael E. Stone
                                            MICHAEL E. STONE.
                                            Attorneys for Plaintiffs

Dated:  August 21, 2008          LAW OFFICES OF MARK J. ROMEO

                                            /s/ Mark J. Romeo
                                            MARK J. ROMEO
                                            Attorneys for Defendants

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 130 Sutter St. 7th Floor, San Francisco, CA 94104.

On _8-21/_____, 2008, I served the foregoing document(s) on the interested party(ies) in this action by placing ___ a true copy ___ the original of said document(s) in a sealed envelope(s) addressed as stated below and

**BY MAIL**
_X_  I deposited such envelope(s) in the mail at San Francisco, California.*
___  I am "readily familiar" with the office's practice of collection and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE**
___  Personally hand delivered said document(s) to addressee
___  I caused said document(s) to be served via personal service

**BY OVERNIGHT MESSENGER**
___  I caused said document(s) to be served by **Federal Express** for next-day delivery.

**BY FACSIMILE**
___  I faxed such document(s) to telephone number _____. A transaction report confirming a successful transmission was obtained.

*Except as to ECF registrants

**PARTY(IES) SERVED:**
Plaintiff
MICHAEL STONE
LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Avenue, Suite I
Campbell, CA 95008

DOCUMENTS SERVED:
(1)   STIPULATION
(2)   PROPOSED ORDER

___  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
Executed on _8-21_____, 2008, at San Francisco, California.

Mark Romeo                        /S/ Mark Romeo
Type or Print Name                    Signature