1  MARK J. ROMEO (Bar # 112002)
   LAW OFFICES OF MARK J. ROMEO
2  130 Sutter Street, 7th Floor
   San Francisco, CA 94104
3  Telephone: (415) 395-9315
   Facsimile:    (415) 395-9318
4  *romeolaw@msn.com*

5  Attorneys for Defendants
   TRUST DEED INVESTMENTS, INC. and
6  PHILIP B. GOLDSTEIN

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

   BRENDA HICKMAN and BETTY HENRY, )          No. CV 08-3686 SC
12                                  )
        Plaintiffs,                 )          **[PROPOSED] ORDER ON**
13                                  )          **STIPULATION FOR**
                                    )          **CONTINUANCE OF HEARING**
14 TRUST DEED INVESTMENT, INC., a   )          **ON APPLICATION FOR**
   California corporation; PHILIP B. )         **PRELIMINARY INJUNCTION**
15 GOLDSTEIN; THE HASKELL           )          **and RESPONSE THERETO**
   PROPERTIES; JEROME M. BOSCOE;    )
16 NIKOS GLIMIDAKIS; PENSCO TRUST   )
   COMPANY, CUSTODIAN FBO JERRY     )
17 ANGEL IRA;  PENSCO TRUST;        )
   COMPANY, CUSTODIAN FBO BARBARA   )
18 SULLIVAN IRA; STERLING TRUST     )
   COMPANY, CUSTODIAN FBO GLEN      )
19 SHAPIRO, ACCOUNT #095011; BARRY  )
   BERKOWITZ; DAVID N. RICHMAN M.D. )
20 401-K PROFIT SHARING PLAN; JOHN  )
   DELLAR AND JOBYNA DELLAR         )
21 REVOCABLE TRUST; ROSLYN COHN;    )
   PATTI ENGLANDER; THE GILL 1995   )
22 TRUST; STERLING TRUST COMPANY    )
   CUSTODIAN FBO VICKI W. SHAPIRO,  )
23 ACCOUNT # 095114;                )
                                    )
24      Defendants.                 )
                                    )
25 _____ )

26      Plaintiffs BRENDA HICKMAN and BETTY HENRY ("Plaintiffs"), and Defendants

27 TRUST DEED INVESTMENTS, INC. and PHILIP B. GOLDSTEIN, having stipulated for the

28 relief in this order and there being good cause therefor,

1    IT IS HEREBY ORDERED:

2    1.    That the final hearing on the Motion for Preliminary Injunction in this case be continued

3    from the present date of September 5, 2008, 10:00 a.m.,  to September 19, 2008, 10:00 a.m.

4    2.    That defendants' opposition shall be filed and served not later than September 5, 2008.

5    3.    That plaintiff's reply, if any, shall be filed and served not later than September 12, 2008.

6    4.    That the Temporary Restraining Order shall remain in effect to the date of the hearing,

7          subject to any further court order extending it.

8

      Dated: _____

9                                                  _____
                                                   Samuel Conti
10                                                 United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, California.  I am over the age

2 of 18 years and not a party to the within action; my business address is 130 Sutter St. 7th Floor, San Francisco, CA 94104.

3        On _8-21/_____, 2008, I served the foregoing document(s) on the interested party(ies) in this action by placing ___ a true copy ___ the original of said document(s) in a

4 sealed envelope(s) addressed as stated below and

**BY MAIL**

5 _X___    I deposited such envelope(s) in the mail at San Francisco, California.*

___    I am "readily familiar" with the office's practice of collection and processing

6 correspondence for mailing.  Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California,

7 in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after

8 date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE**

9 ___        Personally hand delivered said document(s) to addressee

___        I caused said document(s) to be served via personal service

10 **BY OVERNIGHT MESSENGER**

___        I caused said document(s) to be served by **Federal Express** for next-day delivery.

11 **BY FACSIMILE**

___        I faxed such document(s) to telephone number _____**.** A transaction report

12 confirming a successful transmission was obtained.

*Except as to ECF registrants

13                    **PARTY(IES) SERVED:**

**Plaintiff**

14 MICHAEL STONE

LAW OFFICE OF MICHAEL E. STONE

15 3425 S. Bascom Avenue, Suite I

Campbell, CA 95008

16

DOCUMENTS SERVED:

17 (1)        STIPULATION

(2)        PROPOSED ORDER

18

___        (Federal)  I declare that I am employed in the office of a member of the bar of this court

19            at whose direction the service was made.

Executed on _8-21_____, 2008, at San Francisco, California.

20

Mark Romeo_____        /S/ Mark Romeo_____

21 Type or Print Name                        Signature

22

23

24

25

26

27

28