```
 1  MARK J. ROMEO (Bar # 112002)
    LAW OFFICES OF MARK J. ROMEO
 2  130 Sutter Street, 7th Floor
    San Francisco, CA 94104
 3  Telephone:  (415) 395-9315
    Facsimile:      (415) 395-9318
 4  romeolaw@msn.com

 5  Attorneys for Defendants
    TRUST DEED INVESTMENTS, INC.  and
 6  PHILIP B. GOLDSTEIN

 7

 8                       UNITED STATES DISTRICT COURT
 9                      NORTHERN DISTRICT OF CALIFORNIA
10

11
    BRENDA HICKMAN and BETTY HENRY,  )    No. CV 08-3686 SC
12                                   )
           Plaintiffs,                )    [PROPOSED] ORDER ON
13                                   )    STIPULATION FOR
                                     )    CONTINUANCE OF HEARING
14  TRUST DEED INVESTMENT, INC., a    )    ON APPLICATION FOR
    California corporation; PHILIP B. )    PRELIMINARY INJUNCTION
15  GOLDSTEIN; THE HASKELL            )    and RESPONSE THERETO
    PROPERTIES; JEROME M. BOSCOE;     )
16  NIKOS GLIMIDAKIS; PENSCO TRUST    )
    COMPANY, CUSTODIAN FBO JERRY      )
17  ANGEL IRA;  PENSCO TRUST;         )
    COMPANY, CUSTODIAN FBO BARBARA    )
18  SULLIVAN IRA; STERLING TRUST      )
    COMPANY, CUSTODIAN FBO GLEN       )
19  SHAPIRO, ACCOUNT #095011; BARRY   )
    BERKOWITZ; DAVID N. RICHMAN M.D.  )
20  401-K PROFIT SHARING PLAN; JOHN   )
    DELLAR AND JOBYNA DELLAR          )
21  REVOCABLE TRUST; ROSLYN COHN;     )
    PATTI ENGLANDER; THE GILL 1995    )
22  TRUST; STERLING TRUST COMPANY     )
    CUSTODIAN FBO VICKI W. SHAPIRO,   )
23  ACCOUNT # 095114;                 )
                                     )
24         Defendants.                )
                                     )
25  _____

26         Plaintiffs BRENDA HICKMAN and BETTY HENRY ("Plaintiffs"), and Defendants

27  TRUST DEED INVESTMENTS, INC.  and PHILIP B. GOLDSTEIN, having stipulated for the

28  relief in this order and there being good cause therefor,
```

1  IT IS HEREBY ORDERED:

2  1.     That the final hearing on the Motion for Preliminary Injunction in this case be continued

3  from the present date of September 5, 2008, 10:00 a.m., to September 19, 2008, 10:00 a.m.

4  2.     That defendants' opposition shall be filed and served not later than September 5, 2008.

5  3.     That plaintiff's reply, if any, shall be filed and served not later than September 12, 2008.

6  4.     That the Temporary Restraining Order shall remain in effect to the date of the hearing,

7         subject to any further court order extending it.

8  Dated: August 21, 2008

9                                          Samuel Conti
                                            United States District Judge
10



**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 130 Sutter St. 7th Floor, San Francisco, CA 94104.

On _8-21/_____, 2008, I served the foregoing document(s) on the interested party(ies) in this action by placing __ a true copy __ the original of said document(s) in a sealed envelope(s) addressed as stated below and

**BY MAIL**
_X_  I deposited such envelope(s) in the mail at San Francisco, California.*
___  I am "readily familiar" with the office's practice of collection and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE**
___  Personally hand delivered said document(s) to addressee
___  I caused said document(s) to be served via personal service

**BY OVERNIGHT MESSENGER**
___  I caused said document(s) to be served by **Federal Express** for next-day delivery.

**BY FACSIMILE**
___  I faxed such document(s) to telephone number _____. A transaction report confirming a successful transmission was obtained.

*Except as to ECF registrants

**PARTY(IES) SERVED:**
Plaintiff
MICHAEL STONE
LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Avenue, Suite I
Campbell, CA 95008

DOCUMENTS SERVED:
(1)   STIPULATION
(2)   PROPOSED ORDER

___  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
Executed on _8-21_____, 2008, at San Francisco, California.

Mark Romeo_____        /S/ Mark Romeo_____
Type or Print Name                              Signature