```
 1  Michael E. Stone, Esq. SBN: 46016
    Leo B. Siegel, State Bar No. 116841
 2  LAW OFFICE OF MICHAEL E. STONE
    3425 S. Bascom Avenue, Suite I
 3  Campbell, California 95008
    408/377-9899 Telephone
 4  408/377-5270 Facsimile
    Email: mikeestone@yahoo.com
 5         K9esq@flash.net

 6  Attorneys for Plaintiffs, BRENDA HICKMAN
    and BETTY HENRY
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12  BRENDA HICKMAN and BETTY HENRY,        CASE NO. C-08-3686 SC
13         Plaintiffs,                     CERTIFICATE OF SERVICE
14      vs.
15  TRUST DEED INVESTMENTS, INC.,
    a California corporation; PHILIP B. GOLDSTEIN;
16  THE HASKELL PROPERTIES; JEROME M.
    BOSCOE; NIKOS GLIMIDAKIS; et al.,
17
           Defendants.
18  _____/
```

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of Santa Clara. I am over 18 years and not a party to the within entitled action. My business address is 3425 South Bascom Avenue, Suite I, Campbell, California 95008. On August 28 2008, I served the within:

SUPPLEMENT TO MOTION AND SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

    by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Campbell, California, to all parties entitled to receive regularly mailed notices, addressed as follows:

Philip B. Goldstein
Trust Deed Investments, Inc.
1255 Post St. #496
San Francisco, CA 94109

1  Dennis H. Doss, Esq.
2  Doss Law
   2020 Main Street, Suite 950
3  Irvine, CA 92614-8231
4
5  Mark Joseph Romeo
   LAW OFFICES OF MARK J. ROMEO
6
7  153 Townsend St., Ste. 950
   San Francisco, CA 94107-1907
8
9       Said pleading was also served by electronic filing pursuant to local rule on the following:
10 dennis@dosslaw.com
11 philgoldstein@pacbell.bet
12 romeolaw@msn.com
13
14
15            *Tracy Duarte* (signature)
16            TRACY DUARTE

---

2

CERTIFICATE OF SERVICE