1  MARK J. ROMEO (Bar # 112002)
   LAW OFFICES OF MARK J. ROMEO
2  130 Sutter Street, 7th Floor
   San Francisco, CA 94104
3  Telephone:  (415) 395-9315
   Facsimile:       (415) 395-9318
4  *romeolaw@msn.com*

5  LOUIS N. HAAS (Bar # 39133)
   HAAS & NAJARIAN, LLP
6  58 Maiden Lane, Second Floor
   San Francisco, CA 94108
7  Telephone:  (415) 788-6330
   Facsimile:  (415) 391-0555
8  *lhaas@hnattorneys.com*

9  Attorneys for Defendants
   TRUST DEED INVESTMENTS, INC.  and
10 PHILIP B. GOLDSTEIN

11

## UNITED STATES DISTRICT COURT

12

### NORTHERN DISTRICT OF CALIFORNIA

13

14

| | |
|---|---|
| BRENDA HICKMAN and BETTY HENRY, ) | No. CV 08-3686 SC |
| ) | |
| Plaintiffs, ) | **ASSOCIATION OF COUNSEL** |
| ) | **FOR DEFENDANTS TRUST** |
| ) | **DEED INVESTMENTS, INC.  and** |
| TRUST DEED INVESTMENT, INC., a ) | **PHILIP B. GOLDSTEIN** |
| California corporation; PHILIP B. ) | |
| GOLDSTEIN; THE HASKELL ) | |
| PROPERTIES; JEROME M. BOSCOE; ) | |
| NIKOS GLIMIDAKIS; PENSCO TRUST ) | |
| COMPANY, CUSTODIAN FBO JERRY ) | |
| ANGEL IRA;  PENSCO TRUST; ) | |
| COMPANY, CUSTODIAN FBO BARBARA ) | |
| SULLIVAN IRA; STERLING TRUST ) | |
| COMPANY, CUSTODIAN FBO GLEN ) | |
| SHAPIRO, ACCOUNT #095011; BARRY ) | |
| BERKOWITZ; DAVID N. RICHMAN M.D. ) | |
| 401-K PROFIT SHARING PLAN; JOHN ) | |
| DELLAR AND JOBYNA DELLAR ) | |
| REVOCABLE TRUST; ROSLYN COHN; ) | |
| PATTI ENGLANDER; THE GILL 1995 ) | |
| TRUST; STERLING TRUST COMPANY ) | |
| CUSTODIAN FBO VICKI W. SHAPIRO, ) | |
| ACCOUNT # 095114; ) | |
| ) | |
| Defendants. ) | |
| ) | |

28

Counsel for Defendants TRUST DEED INVESTMENTS, INC. and PHILIP B. GOLDSTEIN, hereby associates the following counsel in this case to appear for said defendants in this case:

LOUIS N. HAAS (Bar # 39133)
HAAS & NAJARIAN
58 Maiden Lane, Second Floor
San Francisco, CA 94108
Telephone:  (415) 788-6330
Facsimile:  (415) 391-0555
*lhaas@hnattorneys.com*

Dated:  September 4, 2008 　　　LAW OFFICES OF MARK J. ROMEO

　　　　　　　　　　　　　　　　/s/ Mark J. Romeo
　　　　　　　　　　　　　　　　MARK J. ROMEO
　　　　　　　　　　　　　　　　Attorneys for Defendants

I consent to the Association.

Dated:  September 4, 2008 　　　HAAS & NAJARIAN

　　　　　　　　　　　　　　　　/s/ Louis N. Haas
　　　　　　　　　　　　　　　　LOUIS N. HAAS
　　　　　　　　　　　　　　　　Attorneys for Defendants

We consent to and authorize the Association.

Dated:  September 4, 2008 　　　TRUST DEED INVESTMENTS, INC.


　　　　　　　　　　　　　　　　/s/ Philip Goldstein
　　　　　　　　　　　　　　　　PHILIP GOLDSTEIN, President

Dated:  September 4, 2008 　　　/s/ Philip Goldstein
　　　　　　　　　　　　　　　　PHILIP GOLDSTEIN

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California.  I am over the age of 18 years and not a party to the within action; my business address is 130 Sutter St. 7th Floor, San Francisco, CA 94104.

On _9-4/_____, 2008, I served the foregoing document(s) on the interested party(ies) in this action by placing ___ a true copy ___ the original of said document(s) in a sealed envelope(s) addressed as stated below and

**BY MAIL**

_X_   I deposited such envelope(s) in the mail at San Francisco, California.*

___   I am "readily familiar" with the office's practice of collection and processing correspondence for mailing.  Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE**

___   Personally hand delivered said document(s) to addressee

___   I caused said document(s) to be served via personal service

**BY OVERNIGHT MESSENGER**

___   I caused said document(s) to be served by **Federal Express** for next-day delivery.

**BY FACSIMILE**

___   I faxed such document(s) to telephone number _____.  A transaction report confirming a successful transmission was obtained.

*Except as to ECF registrants

**PARTY(IES) SERVED:**

Plaintiff
MICHAEL STONE
LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Avenue, Suite I
Campbell, CA 95008

DOCUMENTS SERVED:

(1)   ASSOCIATION OF COUNSEL

___   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on _9-4_____, 2008, at San Francisco, California.

Mark Romeo_____        /S/ Mark Romeo_____
Type or Print Name                                  Signature