UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BRENDA HICKMAN, et al., | No. C08-3686 SC (BZ) |
| Plaintiff(s), | **ORDER RE OVERDUE PAPERS** |
| v. |  |
| TRUST DEED INVESTMENTS INC., et al., |  |
| Defendant(s). |  |

TO: Plaintiffs and defendants and their attorneys of record:

On September 18, 2008, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for Monday, September 29, 2008. Your statement was due September 22, 2008. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, plaintiffs, defendants and their attorneys of record will be sanctioned $100 a day for each

1

1 | day's delay, beginning from the date it was originally due.
2 | Dated: September 23, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

12 | G:\BZALL\-REFS\REFS.08\HICKMAN.LATE PAPERS.wpd

2