```
 1  Michael E. Stone, Esq. SBN: 46016
    Leo B. Siegel, State Bar No. 116841
 2  LAW OFFICE OF MICHAEL E. STONE
    3425 S. Bascom Avenue, Suite I
 3  Campbell, California 95008
    408/377-9899 Telephone
 4  408/377-5270 Facsimile
    Email: mikeestone@yahoo.com
 5         K9esq@flash.net

 6  Attorneys for Plaintiffs, BRENDA HICKMAN
    and BETTY HENRY
 7
```

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDA HICKMAN and BETTY HENRY, | CASE NO. C08-3686 SC (BZ) |
| Plaintiffs, | Date: September 29, 2008<br>Time: 1:30 p.m. |
| vs. | Dept.: 15<br>Judge: Hon. Bernard Zimmerman |
| TRUST DEED INVESTMENTS, INC., a California corporation; PHILIP B. GOLDSTEIN; THE HASKELL PROPERTIES; JEROME M. BOSCOE; NIKOS GLIMIDAKIS; and DOES 1-20, inclusive, | STIPULATION AND ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE |
| Defendants. | |

RECITALS

WHEREAS, on September 18, 2008, the Court issued an "Order Scheduling Settlement Conference;" and

WHEREAS, the Court's Order requires "[l]ead counsel to appear at the Settlement conference with the parties;" and

WHEREAS, Michael E. Stone, lead counsel for Plaintiffs, BRENDA HICKMAN and BETTY HENRY, has been out of the United States since September 8, 2008, and will not be returning to the United States until September 30, 2008;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between counsel for Plaintiffs,

---

1

STIPULATION AND ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE

1  LAW OFFICE OF MICHAEL E. STONE, by Leo B. Siegel, Esq., and counsel for Defendants,
2  PHILIP GOLDSTEIN and TRUST DEED INVESTMENTS, INC., Mark J. Romeo, Esq., that the
3  Settlement Conference in the above-captioned matter be continued to one of the following dates:
4  October 3, 2008, or October 6, 2008.

   Dated: September 23, 2008

   LAW OFFICE OF MICHAEL E. STONE         LAW OFFICES OF MARK J. ROMEO

   By: _____    By: _____
       Leo B. Siegel, Attorneys for           Mark J. Romeo, Attorney for
       Plaintiffs BRENDA HICKMAN              Attorney for Defendants PHILIP
       and BETTY HENRY                        GOLDSTEIN and TRUST DEED
                                              INVESTMENTS, INC.

                                  ORDER

   Upon reading the Stipulation between counsel in the above-captioned action, and good cause appearing to continue the Settlement Conference, as requested in the stipulation,

   IT IS HEREBY ORDERED that the Settlement Conference in the above-captioned case is continued to the following date and time.

         October  3 , 2008, at    9:00    a . m.

   Dated: September 25 , 2008.

                                          _____
                                          Bernard Zimmerman,
                                          Magistrate Judge

---
2
STIPULATION AND ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE