```
Michael E. Stone, Esq. SBN: 46016
Leo B. Siegel, State Bar No. 116841
LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Avenue, Suite I
Campbell, California 95008
408/377-9899 Telephone
408/377-5270 Facsimile
Email: mikeestone@yahoo.com
       K9esq@flash.net
```

Attorneys for Plaintiffs, BRENDA HICKMAN and BETTY HENRY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDA HICKMAN and BETTY HENRY, | CASE NO. C-08-3686 SC |
| Plaintiffs, | ~~PROPOSED~~ ORDER RE DISMISSAL |
| vs. | |
| TRUST DEED INVESTMENTS, INC., a California corporation; PHILIP B. GOLDSTEIN; THE HASKELL PROPERTIES; NIKOS GLIMIDAKIS; et al., | |
| Defendants. | |

Pursuant to the Stipulation To Dismiss filed by Plaintiffs BRENDA HICKMAN and BETTY HENRY in the above entitled proceeding, **IT IS HEREBY ORDERED, THAT :**

Defendants Trust Deed Investments, Inc. and Philip B. Goldstein Pensco Trust Company, Custodian FBO Jerry Angel IRA, Pensco Trust Company, Custodian FBO Barbara Sullican IRA, Sterling Trust Company, Custodian FBO Glen Shapiro, Account #095011, Barry Berkowitz, David N. Richman M.D. 401 K Profit Sharing Plan, John Dellar and Jobyna Dellar Revocable Trust, Roslyn Cohn, Patti Englander, The Gill 1995 Trust Company, Patti Englander, Sterling Trust Company,

1  Custodian FBO Vicki W. Shapiro, Account #095114, and The Gill 1995 Trust are hereby dismissed
2  with prejudice.

3  Dated: November __19__, 2008



_____
JUDGE _____ STATES
DISTRICT
IT IS SO ORDERED
Judge Samuel Conti