SCHEER LAW GROUP, LLP
SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
JONATHAN SEIGEL #168224
155 N. Redwood Drive. Ste 100
San Rafael, CA 94903
(415) 491-8900
(415) 491-8910 (FAX)
G.300-028S

Attorneys for Defendant and Cross Claimant, GUARANTEE MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDA HICKMAN and BETTY HENRY,<br><br>Plaintiff,<br><br>vs.<br><br>TRUST DEED INVESTMENTS, INC., A CALIFORNIA CORPORATION, PHILIP B. GOLDSTEIN; THE HASKELL PROPERTIES, NIKOS GLIMIDAKIS, JEROME M. BOSCOE et. al, and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>GUARANTEE MORTGAGE CORPORATION,<br><br>Cross Claimant,<br><br>NIKOS GLIMIDAKIS, and JEROME M. BOSCOE,<br><br>Cross Defendants. | CASE NO. CV 083686 SC<br><br>ORDER<br><br>**REQUEST FOR DISMISSAL OF CROSS CLAIM AGAINST DEFENDANTS NIKOS GLIMIDAKIS AND JEROME M. BOSCOE.** |

//

//

1   Cross Complainant, Guarantee Mortgage, hereby dismisses the Cross Complaint, with
2   prejudice, pursuant to Federal Rule of Civil Procedure 41.

3
4                                   Dated this 17th day of March, 2009

5                                   /S/Spencer P. Scheer
                                    SPENCER P. SCHEER, for
                                    SCHEER LAW GROUP, LLP
6                                   Attorneys for Guarantee Mortgage
                                    Corporation
7

8
9
   DATED:   3/23/09
10

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25