1 Michael E. Stone, Esq. SBN: 46016
Leo B. Siegel, State Bar No. 116841
2 LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Avenue, Suite I
3 Campbell, California 95008
408/377-9899 Telephone
4 408/377-5270 Facsimile
Email: mikeestone@yahoo.com
5           K9esq@flash.net

6 Attorneys for Plaintiffs, BRENDA HICKMAN
and BETTY HENRY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDA HICKMAN and BETTY HENRY, | CASE NO. C-08-3686 SC |
| Plaintiffs, | ~~PROPOSED~~ ORDER RE DISMISSAL |
| vs. | |
| TRUST DEED INVESTMENTS, INC., a California corporation; PHILIP B. GOLDSTEIN; THE HASKELL PROPERTIES; NIKOS GLIMIDAKIS; et al., | |
| Defendants. | |

Pursuant to the Stipulation To Dismiss filed by Plaintiffs BRENDA HICKMAN and BETTY HENRY in the above entitled proceeding, **IT IS HEREBY ORDERED, THAT :**

Defendant Nikos Glimidakis is hereby dismissed with prejudice.

Dated: May __15__, 2009

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | |
| 3 | Cheryl C. Rouse<br>LAW OFFICES OF ROUSE & BAHLERT<br>345 Franklin St |
| 4 | San Francisco, CA 94102 |
| 5 | Michael E. Stone<br>LAW OFFICE OF MICHAEL E. STONE |
| 6 | 3425 S. Bascom Ave., Ste. I<br>Campbell, CA 95008 |

PROPOSED ORDER RE DISMISSAL