Michael E. Stone, Esq. SBN: 46016
Leo B. Siegel, State Bar No. 116841
LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Avenue, Suite I
Campbell, California 95008
408/377-9899 Telephone
408/377-5270 Facsimile
Email: mikeestone@yahoo.com
         K9esq@flash.net

Attorneys for Plaintiffs, BRENDA HICKMAN
and BETTY HENRY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDA HICKMAN and BETTY HENRY,<br><br>        Plaintiffs,<br><br>    vs.<br><br>TRUST DEED INVESTMENTS, INC.,<br>a California corporation; PHILIP B. GOLDSTEIN;<br>THE HASKELL PROPERTIES; NIKOS<br>GLIMIDAKIS; et al.,<br><br>        Defendants. | CASE NO. C-08-3686 SC<br><br>~~PROPOSED~~ ORDER RE DISMISSAL |

Pursuant to the Stipulations To Dismiss All Defendants filed by Plaintiffs BRENDA HICKMAN and BETTY HENRY in the above entitled proceeding, **IT IS HEREBY ORDERED, THAT:**

Case No. C-08-3686 SC is **HEREBY DISMISSED WITH PREJUDICE.**

Dated: May 28, 2009

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

*IT IS SO ORDERED*
*Judge Samuel Conti*

---
1
PROPOSED ORDER RE DISMISSAL

| | |
|---|---|
| 1 | |
| 2 | **COURT SERVICE LIST** |
| 3 | Cheryl C. Rouse |
|   | LAW OFFICES OF ROUSE & BAHLERT |
| 4 | 345 Franklin St |
|   | San Francisco, CA 94102 |
| 5 | |
|   | Michael E. Stone |
| 6 | LAW OFFICE OF MICHAEL E. STONE |
|   | 3425 S. Bascom Ave., Ste. I |
| 7 | Campbell, CA 95008 |
| 8 | Philip B. Goldstein |
|   | Trust Deed Investments |
| 9 | 1255 Post St. #496 |
|   | San Francisco, CA 94109 |